UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 08-00636-JVS (RNBx) | Date | December 8, 2014 |
| Title | Ceiva Logic Inc. v. Frame Media Inc., et al. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gary Hecker / James Slominski  Chase Covello | No Appearance |

**Proceedings:** **Plaintiff's Motion for Entry of Default Judgment Against Defendant Frame Media (Fld 9-25-14)**

**Plaintiff's Motion for Entry of Default Judgment Against Defendant Digital Spectrum Solutions Inc.(Fld 11-10-14)**

     Cause called and counsel make their appearances.   The Court's tentative ruling is issued.   Counsel make their arguments.    The Court orders counsel file the indicated supplemental brief not later than Monday, December 15, 2014.    The above referenced motions will stand submitted upon the filing of the indicated briefs.

 

|  | 0 | : | 06 |
|---|---|---|---|
| | Initials of Preparer | kjt | |