# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| CEIVA LOGIC, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>FRAME MEDIA, INC., a Delaware corporation; DIGITAL SPECTRUM SOLUTIONS, INC., a California corporation and DOES 1-10, inclusive,<br><br>Defendants and Counterclaim-Plaintiffs. | Case No.  SACV-08-636-JVS (RNBx)<br><br>**JUDGMENT FOR PLAINTIFF CEIVA LOGIC, INC. AGAINST DEFENDANT FRAME MEDIA, INC.**<br><br>**HONORABLE JAMES V. SELNA, PRESIDING** |

1

**[PROPOSED] JUDGMENT AGAINST FRAME MEDIA, INC.**

The Court having previously entered default against Defendant Frame Media, Inc. ("Frame Media") and upon proof made to the satisfaction of this Court, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. This Court has jurisdiction over Frame Media.
2. This Court has subject matter of this action brought by Plaintiff, Ceiva Logic, Inc. ("Ceiva").
3. Ceiva is the owner of the entire right, title and interest in and to United States Patent No. 6,442,573 ("the '573 patent"), including all rights of recovery for infringement thereof.
4. Frame Media has infringed the '573 patent.
5. Ceiva has been irreparably damaged by the actions of Frame Media and will continue to be irreparably damaged by the actions of the Frame Media unless Frame Media is permanently enjoined by this Court from infringement of the '573 patent.
6. Frame Media, and its officers, agents, servants, employees, attorneys, receivers, trustees and other fiduciaries and all other persons in active participation with them are, therefore, permanently enjoined during the life of the '573 patent from any and all acts of infringement of the '573 patent, including, but not limited to, making, having made, using, selling, offering for sale, or importing into the United States the invention claimed in the '573 patent.
7. Pursuant to 35 U.S.C. § 285, this is an "exceptional case", and Ceiva is awarded its reasonable attorneys' fees in the amount to be determined by this Court at the time Ceiva's request for fees is considered.
8. Pursuant to FRCP 54(d)(1), Ceiva is awarded costs of suit in an amount to be fixed by the Court.

[continued on next page]

Case 8:08-cv-00636-JVS-RNB   Document 179   Filed 01/05/15   Page 3 of 3   Page ID #:2377

9. This Court retains jurisdiction over this matter to enforce the terms of this Judgment.

IT IS SO ORDERED.

Dated: January 05, 2015

_____
Hon. James V. Selna

3

**[PROPOSED] JUDGMENT AGAINST FRAME MEDIA, INC.**